# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 7:23-CR-00011-001 |
| Jeffrey Allen Miller ) | |
| ) | USM No: 45101-510 |
| Date of Original Judgment: 08/21/2023 ) | |
| Date of Previous Amended Judgment: N/A ) | Michael Granims |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
### PURSUANT TO 18 U.S.C. § 3582(c)(2) (Amendment 821)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by Amendment 821 to the *United States Sentencing Guidelines*, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 120 months **is reduced to** 108.

Miller was originally sentenced on August 16, 2023, to a total term of 120 months imprisonment to be served consecutively to any term of imprisonment imposed in Hamilton County Circuit Court Docket No. 19-CF-306, for violation of probation. The prison term is to be followed by a three-year term of supervised release. The Court also imposed a $100 special assessment. Miller's criminal convictions resulted in a subtotal criminal history score of six. An additional two points were added since he committed the instant offense while under a criminal justice sentence. His total criminal history score was eight which established a Criminal History Category IV. Based on a Total Offense Level 27, a Criminal History Category IV, and the statutorily authorized maximum sentence, the guideline imprisonment range was 100 to 120 months. As noted, the Court imposed a sentence at the top of the applicable advisory sentencing range.

Part A of Amendment 821 of the *United States Sentencing Guidelines* eliminated "status points" for being under a criminal justice sentence at the time of the instant offense for defendants with six or less criminal history points. Therefore, if granted by the Court, the defendant's total criminal history score would be reduced to six which establishes a Criminal History Category III. Based on a Total Offense Level 29 and a Criminal History Category III, the guideline imprisonment range will be 87 to 108 months. The government concurs with the revised range. Because the Court selected a sentence at the top of the applicable range, the Court will also impose a sentence at the top of the reduced advisory range. The sentence is reduced to 108 months custody.

Except as otherwise provided, all provisions of the judgment dated 08/21/2023 shall remain in effect.
**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date: 3/15/2024 | s/Hugh Lawson |
| | *Judge's signature* |
| Effective Date: 3/15/2024 | Hugh Lawson, Senior U.S. District Judge |
| *(if different from order date)* | *Printed name and title* |